**FILED**

APR 20 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ARTHUR APPLEGATE,<br><br>             Petitioner,<br><br>   v.<br><br>KATHLEEN DICKENSON, Warden,<br><br>             Respondent. | Case No. C 10-04774 JW (PR)<br><br>[PROPOSED] ORDER |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until May 9, 2011 to file an answer to the petition for writ of habeas corpus. Petitioner may file a traverse within 30 days of his receipt of the answer.

Dated: April 15, 2011

The Honorable James Ware

1

[Proposed] Order (C 10-04774 JW (PR))

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ARTHUR APPLEGATE, | Case Number: CV10-04774 JW |
| Petitioner, | **CERTIFICATE OF SERVICE** |
| v. | |
| KATHLEEN DICKENSON, Warden, | |
| Respondent. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/20/11 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas Arthur Applegate V-27045
California Medical Facility
P. O. Box 2500
Vacaville, CA 95696-2500

Dated: 4/20/11

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk