IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS ARTHUR APPLEGATE, | ) | No. C 10-04774 EJD (PR) |
| Petitioner, | ) | |
| vs. | ) | **JUDGMENT** |
| KATHLEEN DICKENSON, Warden, | ) | |
| Respondent. | ) | |

For the reasons stated in the order denying the Petition for a Writ of Habeas Corpus, judgment is entered in favor of Respondent and against Petitioner.

SO ORDERED AND ADJUDGED.

DATED: 9/21/2012

EDWARD J. DAVILA
United States District Judge

G:\PRO-SE\SJ.EJD\HC.10\Applegate04774_judgment.wpd
Judgment

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

THOMAS ARTHUR APPLEGATE,

    Plaintiff,

v.

KATHLEEN DICKENSON et al,

    Defendant.

Case Number: CV10-04774 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____9/24/2012_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas Arthur Applegate V-27045
California Medical Facility
P. O. Box 2500
Vacaville, CA 95696-2500

Dated: _____9/24/2012_____

    Richard W. Wieking, Clerk
    /s/By: Elizabeth Garcia, Deputy Clerk

1  Thomas Arthur Applegate V-27045
   California Medical Facility
2  P. O. Box 2500
   Vacaville, CA 95696-2500
3

4  CV10-04774 EJD